■ In the Matter of SHARON LASHLEY, Petitioner, v D. SCALISE, Captain/Acting Superintendent, Albion Correctional Facility, et al., Respondents. [858 NYS2d 639]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Orleans County [James P. Punch, A.J.], entered December 10, 2007) to review a determination. The determination found after a tier II hearing that petitioner had violated various inmate rules.

It is hereby ordered that said proceeding is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.